

NUMBER 13-18-00662-CV

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

CARLOS LOPEZ TIERRANEGRA,                                    Appellant,

v.

VREYES PROPERTIES AND
INVESTMENT, LLC AND VICTOR
REYES,                                                       Appellee.

### On appeal from the County Court at Law No. 5
### of Hidalgo County, Texas.

# MEMORANDUM OPINION
### Before Chief Justice Contreras and Justices Benavides and Longoria
### Memorandum Opinion by Justice Benavides

Appellant Carlos Lopez Tierranegra filed an appeal from a judgment entered by

the County Court at Law No. 5 of Hidalgo County, Texas, in cause number CL-18-3495-

E. Appellant has now filed a motion to dismiss this appeal. According to the motion to

dismiss, the parties have resolved the matter in controversy and the appeal has now become moot.

The Court, having considered the documents on file and appellant's motion to dismiss the appeal, is of the opinion that the motion should be granted. *See* TEX. R. APP. P. 42.1(a). Accordingly, we grant appellant's motion to dismiss and we DISMISS the appeal. Costs will be taxed against appellant. *See* TEX. R. APP. P. 42.1(d) ("Absent agreement of the parties, the court will tax costs against the appellant."). Having dismissed the appeal at appellant's request, no motion for rehearing will be entertained, and our mandate will issue forthwith.

GINA M. BENAVIDES,
Justice

Delivered and filed the
14th day of February, 2019.

2